1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  KATHRYN J. FRITZ (CSB NO. 148200)
   kfritz@fenwick.com
3  LESLIE KRAMER (CSB NO. 253313)
   lkramer@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:   (415) 875-2300
6  Facsimile:   (415) 281-1350

7  Attorneys for Defendant Corbis Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHIRLEY JONES, on Behalf of Herself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CORBIS CORPORATION,<br><br>        Defendant. | Case No. 10-cv-08668-SVW-CW<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

## **ORDER**

Having read and considered the Stipulated Protective Order submitted by the parties, and good cause for its entry having been shown, the Court hereby orders that the Stipulated Protective Order is entered.

**IT IS SO ORDERED.**

Dated: March 2, 2011

/S/
The Honorable Carla Woehrle
United States Magistrate Judge