

LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
KATHRYN J. FRITZ (CSB No. 148200)
kfritz@fenwick.com
LESLIE A. KRAMER (CSB No. 253313)
lkramer@fenwick.com
THEIS FINLEV (CSB No. 264879)
tfinlev@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
CORBIS CORPORATION

FILED
CLERK, U.S. DISTRICT COURT
JUN - 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

SHIRLEY JONES, on Behalf of Herself and All Others Similarly Situated,

Plaintiff,

v.

CORBIS CORPORATION,

Defendant.

Case No. 2:10-cv-08668-SVW-CW

[PROPOSED] FINAL JUDGMENT

On April 6, 2011, Defendant Corbis Corporation ("Corbis") submitted to the Court its Cross Motion for Summary Judgment on All Claims (the "Motion"). The matter having been submitted and after considering the Motion, all papers filed in support and in opposition thereof, and all other matters on file in this action and presented to the Court, IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Plaintiff Shirley Jones's Complaint is dismissed with prejudice and Defendant Corbis Corporation is entitled to judgment in its favor on all claims in Plaintiff's Complaint.

2. Plaintiff Shirley Jones takes nothing, that the action be dismissed on the merits, and that Defendant Corbis Corporation recover, from Plaintiff, Corbis' costs of this action.

IT IS SO ORDERED

Dated: 6/2/11

The Honorable Stephen V. Wilson
United States District Court Judge