UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHIRLEY JONES,<br><br>          Plaintiff,<br><br>     v.<br><br>CORBIS CORPORATION,<br><br>          Defendant. | Case No.: 10-CV-08668 SWV-CW<br><br>**CONSENT JUDGMENT**<br><br>Judge:    Hon. Stephen V. Wilson |

   WHEREAS Plaintiff Shirley Jones ("Jones") and Defendant Corbis Corporation ("Corbis") have stipulated to entry of this Consent Judgment in this action, and good cause appearing, therefore,

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT

   1. Judgment is ENTERED in favor of Defendant Corbis and against Plaintiff Jones in the amount of $450,000 (four hundred and fifty thousand U.S. dollars).

   2. This Consent Judgment modifies the Final Judgment entered by this Court in favor of Corbis on June 2, 2011 (Dkt. No. 65) and the

Abstract of Judgment entered by this Court on December 16, 2011 in favor of Corbis in the amount of $363,075.10 (three hundred sixty three thousand and seventy five U.S. dollars and ten U.S. cents) (Dkt. No. 99), pursuant to California Code of Civil Procedure Section 697.360.

**IT IS SO ORDERED.**

Dated: November 19, 2012

The Honorable Stephen V. Wilson
United States District Court Judge